UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80274-RS

BRAD L. GEER,

    Plaintiff,

v.

COSTON MARINE SERVICES, INC. and
DANIEL COSTON,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation Following FLSA Fairness Hearing [DE 20], in which United States Magistrate Judge Shaniek M. Maynard recommends: granting the parties' Joint Motion for Approval of FLSA Settlement Agreement [DE 18]; approving the parties' settlement agreement as fair and reasonable; dismissing this action with prejudice; and reserving jurisdiction to enforce the terms of the parties' Settlement Agreement. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby,

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation [DE 20] is **AFFIRMED** and **ADOPTED**.

2. The Joint Motion for Approval of FLSA Settlement Agreement [DE 18] is **GRANTED**.

3. The parties' Settlement Agreement and Release [DE 18-1] is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Court will retain jurisdiction over this matter for sixty (60) days for the limited purpose of enforcing the parties' Settlement Agreement and Release.

6. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 15th day of June, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record